# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ADOLPHUS EDWARDS, )<br>)<br>    MOVANT )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    RESPONDENT ) | CRIMINAL NO. 2:09-CR-56-DBH<br>(CIVIL NO. 2:11-CV-97-DBH) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 25, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on § 2255 Motion. The movant filed his objection to the Recommended Decision on November 10, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The § 2255 motion is **DENIED**. Finally, I find that no certificate of appealability shall issue in the event the movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 2ND DAY OF DECEMBER, 2011**

                                                  /S/D. BROCK HORNBY
                                                  **D. BROCK HORNBY**
                                                  **UNITED STATES DISTRICT JUDGE**